JOHN C. BOYDEN
Nevada Bar No. 3917
John.Boyden@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada  89511
775.827.6440

*Attorneys for USAA General Indemnity Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JENNIFER YANO,<br><br>    Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY; and DOES 1-50, Inclusive<br><br>    Defendant. | Case No.: 3:23-cv-0026-MMD-CLB<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY REMAND** |

**STIPULATION AND ORDER OF VOLUNTARY REMAND**

COMES NOW, Plaintiff JENNIFER YANO, through her counsel Steven J. Klearman of Steven J. Klearman & Associates and USAA GENERAL INDEMNITY COMPANY, through its counsel JOHN C. BOYDEN of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and stipulate that this case be voluntarily remanded from this Court to the Second Judicial District Court in and for the State of Nevada ("State Court") as follows:

1.  On July 28, 2022, Plaintiff filed her Complaint against Defendant in State Court in case number CV22-01207 for injuries arising from a car accident that occurred on August 8, 2018 ("the first accident).

///

92704288.3

2. On January 19, 2023, Defendant filed its Notice of Removal of Action Pursuant to 28 U.S.C. §1332 and 28 U.S.C. 1441§(b) based on diversity jurisdiction.

3. Defendants completed the removal process by filing a conformed coy of the Notice of Removal in State Court on January 19, 2023.

4. In State Court, Plaintiff has a second pending action for injuries arising from a second car accident that occurred a few months after the first accident.  That State Court case number is CV20-01553.

5. The parties hereby stipulate and agree that, in the interest of judicial economy, this Action should be remanded back to State Court, case number CV22-01207 so that the two actions can be consolidated and heard together.

6. The parties further stipulate that each party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand of this Action pursuant to this stipulation and order.

## AFFIRMATION

The undersigned do hereby affirm that, pursuant to NRS 239B.030, the preceding document does not contain the social security number of any person.

DATED this  6th day of April, 2023.                    DATED this 6th day of April, 2023.


 */s/ Steven J. Klearman*                                          .        */s/ John C. Boyden*                                            .
STEVEN J. KLEARMAN, ESQ.                          JOHN C. BOYDEN
STEVEN J. KLEARMAN & ASSOCIATES         LEWIS BRISBOIS BISGAARD & SMITH
437 W. Plumb Lane                                              5555 Kietzke Lane, Suite 200
Reno, NV 89509                                                    Reno, Nevada  89511
steve@nevadainjuries.com                                 John.Boyden@lewisbrisbois.com
*Attorney for Plaintiff*                                          *Attorney for Defendant*


****************

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that this action is **REMANDED** to the Second Judicial

92704288.3                                                                2

District Court in and for the State of Nevada, Washoe County, case number CV22-01207.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall administratively close this case.

**IT IS SO ORDERED.**

**DATED**: April 6, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**



92704288.3

3